1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONALD MITCHELL,                )
                                )
            Petitioner,          )        2:11-cv-01686-JCM-PAL
                                )
vs.                             )        **ORDER**
                                )
                                )
BRIAN WILLIAMS, *et al.,*        )
                                )
            Respondents.         )
_____/

          Respondents have filed a motion for extension of time to file a responsive pleading to the petition for a writ of habeas corpus (ECF #8).  Good cause appearing, respondents' motion is granted.  Respondents are further directed to file their response to petitioner's motion for reconsideration of the order denying appointment of counsel, if any, within fourteen (14) days of the date of entry of this order.

          **IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF #8) is **GRANTED**.  Respondents shall have up to and including January 30, 2012 , to file a responsive pleading to the petition for a writ of habeas corpus.

1    **IT IS FURTHER ORDERED** that respondents shall file their response to petitioner's

2  motion for reconsideration of the order denying appointment of counsel, if any, within fourteen (14) days

3  of the date of entry of this order.

4

5

6

7          DATED this 23rd day of December, 2011.

8                                        _____

9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26