**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD MITCHELL, ) | |
| ) | |
| Petitioner, ) | 2:11-cv-01686-JCM-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| BRIAN WILLIAMS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

This is a habeas corpus petition pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Before the court is respondents' motion to dismiss (ECF #10), which was filed on January 17, 2012. Petitioner has not opposed the motion or responded in any manner whatsoever, despite having received notice from the court of the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* on January 18, 2012 (ECF #12).

In the motion to dismiss, respondents contend that the petition must be dismissed with prejudice as untimely (ECF #10).[1] *See* 28 U.S.C. § 2244(d). Respondents also argue that several claims are procedurally barred on independent and adequate state law grounds. *Coleman v. Thompson*, 501

---

[1] The court notes that the exhibits provided by respondents appear to demonstrate that the petition is indeed untimely.

U.S. 722, 730-31 (1991). Pursuant to the provisions of Local Rule 7-2(d), petitioner's failure to respond to the motion is a concession on his part that the arguments are valid. Therefore, the motion to dismiss shall be granted.

**IT IS THEREFORE ORDERED** that respondents' motion to dismiss the petition with prejudice (ECF #10) is **GRANTED.**

**IT IS FURTHER ORDERED** that the clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE